## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No.  07-cr-00499-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    GUILLERMO WILLIE RIOJAS,
2.    ROGELIO ROJAS-FLORES,
3.    EDWARD SAVEDRA,

       Defendants.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that the sentencing hearing regarding Defendant Savedra is set **Friday, June 27, 2008 at 2:00 p.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

This will confirm that the sentencing hearing regarding Defendants Riojas and Rojas-Flores is set **Friday, July 11, 2008 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendants must be present. An interpreter is required.


Dated:  April 21, 2008